**Annex 1**

*Copy of the Defendant's last form NAR1 (annual return) made up to 6 August 2026*

存案 Filed

CR
公司註冊處
Companies Registry

# 周年申報表
# Annual Return

表格 Form **NAR1**

商業登記號碼 Business Registration Number: 63674032

註 Note

**1 公司名稱 Company Name**

SHINE EFFORT INC LIMITED
事灃有限公司

8 **2 商業名稱(如有的話) Business Name (If any)**

**3 公司類別 Type of Company**
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

- [✓] 私人公司 Private company
- [ ] 公眾公司 Public company
- [ ] 擔保有限公司 Company limited by guarantee

9 經營業務性質 Business Nature — 編碼 Code: ___ 描述 Description: ___

10 **4 本申報表的結算日期 Date to which this Return is Made Up**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| 06 | 08 | 2026 |

11 **5 隨本表格交付的財務報表所涵蓋的會計期 Period Covered by Financial Statements Delivered with this Form**
*(私人公司無需填報此項 A private company needs not complete this section)*

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
| | | | | | | |

12 **6 在香港的註冊辦事處地址 Address of Registered Office in Hong Kong**

| | |
|---|---|
| 室／樓／座等 Flat／Floor／Block etc. | Room 2002, 20/F, |
| 大廈 Building | Hing Yip Commercial Centre |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | 272-284 Des Voeux Road Central |
| 區 District | Central |
| 地區 Region | HONG KONG |

3 **提交人資料 Presentor's Reference**

姓名／名稱 Name: Acorn Businesses Services And Consultancy Limited
地址 Address: Room 2002, 20/F, Hing Yip Commercial Centre, 272-284 Des Voeux Road Central, Central, Hong Kong

電話 Tel: 2547 7910 傳真 Fax: 2581 1788
電郵 Email: info@acornhk.com
檔號 Reference:

**請勿填寫本欄 For Official Use**

22502629276
NAR1L
20/08/2026
BRN: 63674032

表格 Form **NAR1**

商業登記號碼
Business Registration Number

63674032

13 **7 電郵地址 Email Address**

13 **8 香港聯絡電話號碼 Hong Kong Contact Telephone Number** +852

**9 按揭及押記 Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》(第 622 章)須向公司註冊處處長登記的，或若於 1912 年 1 月 1 日後設定便須如此登記的按揭及押記的負債總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance (Cap. 622) or would have been required to be so registered if created after 1 January 1912

**10 無股本公司的成員人數 Number of Member(s) of a Company Not Having a Share Capital**

*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**

14 **11 股本 Share Capital**

*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／Preference etc.) | 貨幣單位 Currency | 已發行股份 Issued Shares | | |
| | | 總數 Total Number | 總款額 Total Amount | 已繳或視作已繳的總款額 Total Amount Paid up or Regarded as Paid up |
| Ordinary | HKD | 1 | 1 | 1 |
| | | | | |
| | | | | |
| | | | | |
| 總數 Total | HKD | 1 | 1 | 1 |

0133

表格 Form **NAR1**

商業登記號碼
Business Registration Number
63674032

## 12 公司秘書 Company Secretary

### A. 公司秘書（自然人）Company Secretary (Natural Person)

*(如超過一名公司秘書屬自然人，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

15

中文姓名
Name in Chinese

英文姓名
Name in English

姓氏
Surname

名字
Other Names

前用姓名
Previous Names

中文
Chinese

英文
English

別名
Alias

中文
Chinese

英文
English

16

香港通訊地址
Hong Kong Correspondence Address

室／樓／座等
Flat／Floor／Block etc.

大廈
Building

街道／屋苑／地段／村等
Street／Estate／Lot／Village etc.

區
District

地區
Region

17

電郵地址
Email Address

18

身分識別 Identification

(a) 香港身分證部分號碼
Partial Number of Hong Kong Identity Card

✻ ✻ ✻ ( ✻ )

(b) 護照
Passport

簽發國家／地區
Issuing Country／Region

部分號碼
Partial Number

20

信託或公司服務提供者牌照 Trust or Company Service Provider Licence

*請填報牌照編號或在適用的空格內加上 ✓ 號 Please provide the licence no. or tick the relevant box*

牌照編號
Licence No.

☐ 無須領有牌照
Not required to obtain a licence

*原因 Reason:*

表格 Form **NAR1**

商業登記號碼 Business Registration Number: 63674032

## 12 公司秘書 Company Secretary (續上頁 cont'd)

21 **B. 公司秘書 (法人團體) Company Secretary (Body Corporate)**

*(如超過一名公司秘書屬法人團體，請用續頁 B 填報 Use Continuation Sheet B if more than 1 company secretary is a body corporate)*

| | |
|---|---|
| 中文名稱 Name in Chinese | 樺美商業服務顧問有限公司 |
| 英文名稱 Name in English | Acorn Businesses Services And Consultancy Limited |
| 22 香港地址 Hong Kong Address — 室／樓／座等 Flat／Floor／Block etc. | Room 2002, 20/F, |
| 大廈 Building | Hing Yip Commercial Centre, |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | 272-284 Des Voeux Road Central, |
| 區 District | Central |
| 地區 Region | HONG KONG |
| 17 電郵地址 Email Address | |
| 19 商業登記號碼 Business Registration Number | 31653107 |

20 **信託或公司服務提供者牌照 Trust or Company Service Provider Licence**

*請填報牌照編號或在適用的空格內加上 ✓ 號 Please provide the licence no. or tick the relevant box*

| | |
|---|---|
| 牌照編號 Licence No. | TC001446 |
| ☐ 無須領有牌照 Not required to obtain a licence | 原因 Reason: |

表格 Form **NAR1**

商業登記號碼
**Business Registration Number**

63674032

## 13 董事 Directors

### A. 董事 (自然人) Director (Natural Person)

*(如超過一名董事屬自然人，請用續頁 C 填報 Use Continuation Sheet C if more than 1 director is a natural person)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

23 **身分 Capacity**

- [✓] 董事 Director
- [ ] 候補董事 Alternate Director

代替 Alternate to:

24 **中文姓名 Name in Chinese**:

**英文姓名 Name in English**

| | |
|---|---|
| 姓氏 Surname | LINDSAY |
| 名字 Other Names | ALLAN SCOTT |

**前用姓名 Previous Names**

中文 Chinese: 英文 English:

**別名 Alias**

中文 Chinese:

英文 English:

25 **通訊地址 Correspondence Address**

| | |
|---|---|
| 室／樓／座等 Flat／Floor／Block etc. | FLAT A, 10/F, |
| 大廈 Building | HAPPY MANSION, |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | 39-41 WONG NAI CHUNG RD, |
| 區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc. | |
| 國家／地區 Country／Region | HONG KONG |

26 **電郵地址 Email Address**:

27 **身分識別 Identification**

(a) 香港身分證部分號碼 Partial Number of Hong Kong Identity Card: * * * ( * )

(b) 護照 Passport

| | |
|---|---|
| 簽發國家／地區 Issuing Country／Region | UNITED KINGDOM |
| 部分號碼 Partial Number | 51053 |

表格 Form **NAR1**

商業登記號碼
Business Registration Number
63674032

## 13 董事 Directors (續上頁 cont'd)

### B. 董事 (法人團體) Director (Body Corporate)

*(如超過兩名董事屬法人團體，請用續頁 D 填報 Use Continuation Sheet D if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

23 **1 身分 Capacity** ☐ 董事 Director ☐ 候補董事 Alternate Director 代替 Alternate to

中文名稱 **Name in Chinese**

英文名稱 **Name in English**

28 **地址 Address** 室／樓／座等 Flat／Floor／Block etc.

大廈 Building

街道／屋苑／地段／村等 Street／Estate／Lot／Village etc.

區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc.

國家／地區 Country／Region

26 **電郵地址 Email Address**

29 **商業登記號碼 Business Registration Number**
*(只適用於在香港註冊的法人團體 Only applicable to body corporate registered in Hong Kong)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

23 **2 身分 Capacity** ☐ 董事 Director ☐ 候補董事 Alternate Director 代替 Alternate to

中文名稱 **Name in Chinese**

英文名稱 **Name in English**

28 **地址 Address** 室／樓／座等 Flat／Floor／Block etc.

大廈 Building

街道／屋苑／地段／村等 Street／Estate／Lot／Village etc.

區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc.

國家／地區 Country／Region

26 **電郵地址 Email Address**

29 **商業登記號碼 Business Registration Number**
*(只適用於在香港註冊的法人團體 Only applicable to body corporate registered in Hong Kong)*

表格 Form **NAR1**

商業登記號碼
Business Registration Number

63674032

## 13 董事 Directors (續上頁 cont'd)

### C. 備任董事 Reserve Director

(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司
**Only applicable to a private company with only one member who is also the sole director of the company)**

24

**中文姓名**
**Name in Chinese**

**英文姓名**
**Name in English**
姓氏 Surname
名字 Other Names

**前用姓名**
**Previous Names**
中文 Chinese
英文 English

**別名**
**Alias**
中文 Chinese
英文 English

25

**通訊地址**
**Correspondence Address**
室／樓／座等 Flat／Floor／Block etc.
大廈 Building
街道／屋苑／地段／村等 Street／Estate／Lot／Village etc.
區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc.
國家／地區 Country／Region

26

**電郵地址**
**Email Address**

27

**身分識別 Identification**

(a) 香港身分證部分號碼
Partial Number of Hong Kong Identity Card
* * * ( * )

(b) 護照
Passport
簽發國家／地區 Issuing Country／Region
部分號碼 Partial Number

表格 Form **NAR1**

商業登記號碼
Business Registration Number

63674032

30 **14 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital**

*(有股本的公司必須填報此項 Company having a share capital must complete this section)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

☑ 非上市公司的成員詳情列於附表一
Particulars of members of a non-listed company are listed in Schedule 1

☐ 上市公司的成員詳情列於附表二
Particulars of members of a listed company are listed in Schedule 2

☐ 公司的成員詳情列於隨本表格附上的唯讀光碟或唯讀型數碼多功能光碟
Particulars of members of the company are listed in the CD-ROM or DVD-ROM attached to this form
*(載於唯讀光碟或唯讀型數碼多功能光碟內的成員的詳情，會以 PDF 格式供公眾以電子方式查閱。
Particulars of members recorded in the CD-ROM or DVD-ROM will be available for public search electronically in PDF format.)*

31 **15 公司紀錄 Company Records**

*(如空位不足，請用續頁 E 填報 Use Continuation Sheet E if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| | |

**16 陳述書 Statement**

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

☑ 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2) 條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

32 **提示 Advisory Note**

**所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.**

**本申報表包括下列續頁／附表 This Return includes the following Continuation Sheet(s)／Schedule(s)**

| | 續頁 Continuation Sheet(s) | | | | | 附表一 Schedule 1 | 附表二 Schedule 2 |
|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | | |
| 頁數 Number of pages | 0 | 0 | 1 | 0 | 0 | 1 | 0 |

6 簽署 Signed : For and on behalf of Acorn Businesses Services And Consultancy Limited 樺美商業服務顧問有限公司 [signature] Authorized Signature(s)

姓名 Name : Acorn Businesses Services & Consultancy Ltd　日期 Date : 06/08/2026

~~董事 Director~~／公司秘書 Company Secretary *　日 DD / 月 MM / 年 YYYY

**請刪去不適用者 Delete whichever does not apply*

表格 Form **NAR1**

附表一 Schedule 1

(非上市公司適用 FOR NON-LISTED COMPANY)

本申報表的結算日期
Date to which this Return is Made Up

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| 06 | 08 | 2026 |

商業登記號碼
Business Registration Number: 63674032

30 33 **非上市公司的成員詳情(第14項) Particulars of Member(s) of a Non-listed Company (Section 14)**

*(有股本的非上市公司可填報此頁。如超過兩名成員,或超過一類股份,可另加附表一。另外,公司可選擇以唯讀光碟或唯讀型數碼多功能光碟提供成員詳情。*
*Non-listed company having a share capital can complete this page. If there are more than 2 members, or if there is more than one class of shares, please use additional Schedule 1. Alternatively, the company can choose to provide particulars of members in the form of CD-ROM or DVD-ROM.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 Class of Shares: Ordinary

此類別股份的已發行總數 Total Number of Issued Shares in this Class: 1

**1**

| | |
|---|---|
| 中文姓名/名稱 Name in Chinese | |
| 英文姓名 Name in English — 姓氏 Surname | DELO |
| 名字 Other Names | BEN PETER |
| 或 OR 英文名稱 Name in English | |
| 持有股份數目 No. of Shares Held | 1 |
| 股份是聯名持有 Shares are Jointly Held (如適用,請加 ✓ 號 Please tick if applicable.) | ☐ |
| 地址 Address — 室/樓/座等 Flat/Floor/Block etc. | FLAT A, 16/F, BLK 5, |
| 大廈 Building | WONDWELAND VILLAS, |
| 街道/屋苑/地段/村等 Street/Estate/Lot/Village etc. | |
| 區/市/省/州/郵遞區號等 District/City/Province/State/Postal Code etc. | KWAI CHUNG, NEW TERRITORIES |
| 國家/地區 Country/Region | HONG KONG |
| 33 備註* Remarks* | |

*例如聯名持有股份、股份轉讓等的詳情。For example, details of jointly held shares, share transfer, etc.

**2**

| | |
|---|---|
| 中文姓名/名稱 Name in Chinese | |
| 英文姓名 Name in English — 姓氏 Surname | |
| 名字 Other Names | |
| 或 OR 英文名稱 Name in English | |
| 持有股份數目 No. of Shares Held | |
| 股份是聯名持有 Shares are Jointly Held (如適用,請加 ✓ 號 Please tick if applicable.) | ☐ |
| 地址 Address — 室/樓/座等 Flat/Floor/Block etc. | |
| 大廈 Building | |
| 街道/屋苑/地段/村等 Street/Estate/Lot/Village etc. | |
| 區/市/省/州/郵遞區號等 District/City/Province/State/Postal Code etc. | |
| 國家/地區 Country/Region | |
| 33 備註* Remarks* | |

*例如聯名持有股份、股份轉讓等的詳情。For example, details of jointly held shares, share transfer, etc.

表格
Form **NAR1**

續頁 C Continuation Sheet C

本申報表的結算日期
Date to which this Return is Made Up

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| 06 | 08 | 2026 |

商業登記號碼
Business Registration Number: 63674032

## 董事詳情 (自然人) (第 13A 項)
## Details of Director (Natural Person) (Section 13A)

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

23 身分 Capacity: ☑ 董事 Director ☐ 候補董事 Alternate Director — 代替 Alternate to:

中文姓名 Name in Chinese:

24 英文姓名 Name in English
- 姓氏 Surname: WILKINSON
- 名字 Other Names: PETER THOMAS ELLIOT

前用姓名 Previous Names — 中文 Chinese: — 英文 English:

別名 Alias — 中文 Chinese: — 英文 English:

25 通訊地址 Correspondence Address
- 室／樓／座等 Flat／Floor／Block etc.: FLAT B1, 4/F,
- 大廈 Building:
- 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc.: PARK VIEW COURT, 1 LYTTELTON RD,
- 區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc.: MID-LEVELS,
- 國家／地區 Country／Region: HONG KONG

電郵地址 Email Address:

身分識別 Identification

26 (a) 香港身分證部分號碼 Partial Number of Hong Kong Identity Card: ✻✻✻ (✻)

27 (b) 護照 Passport
- 簽發國家／地區 Issuing Country／Region: UNITED KINGDOM
- 部分號碼 Partial Number: 56234