**Annex 2**

*Photographs of the Defendant's Registered Office building and building directory*


興業商業


Y. S. LAU & PARTNERS
1801 TPAY TRADING LIMITED
1802 金鷹控股有限公司
1802 富恒基金管理有限公司 PACIFIC FALCON INVESTMENT GROUP LIMITED
1803 杰力电工(香港)有限公司 FU HENG INVESTMENT MANAGEMENT LIMITED
1804 鄭頌民會計師事務所 GHILLIE ELECTRIC (HK) LIMITED
1805 ASIA FRONTIER CAPITAL LIMITED / ASIA FRONTIER INVESTMENTS LIMITED ALAN CHENG & CO
1901 劉詠彤律師行 VL LAWYERS
1904-6 關易哥公關顧問有限公司 SMART GO PR CONSULTANTS LIMITED
1904-6 盧子健林乃仁顧問有限公司 C. K. LO & S. LAM LIMITED
1904-6 AWTC (LO & LAM) CONSULTANCIES LIMITED
2002 樺美商業服務顧問有限公司 ACORN BUSINESSES SERVICES AND CONSULTANCY LIMITED
2002 ALL CAN PACKAGING LIMITED
2003 弘毅國際(香港)有限公司 WILLPOWER INTERNATIONAL (HK) CO LTD
2003 裕安(香港)有限公司 WEALTH ON (HONG KONG) LIMITED
2006 寶興(莎鐸)珠寶有限公司 PO HING (SAWA) JEWELLERY COMPANY LIMITED
2007 POLY HARBOUR LIMITED
OWL LIMITED
FRONTIER INTERNATIONAL INVESTMENT LIMITED

7