UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BKX SERVICES INC. and DAVID NAMDAR, individually and on behalf of others similarly situated,

Plaintiffs,

v.

HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, 100X HOLDINGS LIMITED, SHINE EFFORT INC LIMITED, HDR GLOBAL SERVICES (BERMUDA) LIMITED, ARTHUR HAYES, SAMUEL REED, BENJAMIN DELO, and GREGORY DWYER,

Defendants.

Case No. 1:26-cv-06259

ORAL ARGUMENT REQUESTED

# NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support, Defendants ABS Global Trading Limited, Shine Effort Inc Limited, and Samuel Reed hereby move this Court, before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against Defendants ABS Global Trading Limited, Shine Effort Inc Limited, and Samuel Reed in the Complaint filed July 23, 2026 (ECF No. 1), and for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, upon the accompany Memorandum in Support and the Declaration of Peter Wilkinson sworn to September 28, 2026, Defendant Shine Effort Inc Limited hereby moves this Court, before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against Shine Effort Inc Limited in the Complaint filed July 23, 2026 (ECF No. 1), and for such other relief as the Court deems just and proper.

Dated: September 28, 2026
New York, New York

Respectfully submitted,

**ESSEKS INGOGLIA**

By: */s/ David C. Esseks*

David C. Esseks
Rebecca Ann Cecchini
Megan Sharkey
350 Fifth Avenue, Suite 5310
New York, NY 10118
Tel: 212-358-4343
david.esseks@esseksingoglia.com
rebecca.cecchini@esseksingoglia.com
megan.sharkey@esseksingoglia.com

*Attorneys for Defendants ABS Global Trading Limited, Shine Effort Inc Limited, and Samuel Reed*